UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No: 06cr2268-JM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | **ORDER CONTINUING** |
| **JAVIER SANCHEZ-PERFINO,** | ) | **SENTENCING HEARING** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Good cause appearing:

**IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for December 5, 2008, at 9:00 a.m. be continued to *January 23, 2009, at 9:00 a.m.*

**SO ORDERED.**

DATED:  November 24, 2008

_____

Hon. Jeffrey T. Miller
United States District Judge