UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No: 06cr2268-JM |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING JOINT MOTION** |
| v. | ) | **TO CONTINUE SENTENCING HEARING** |
| | ) | [Docket No.164] |
| **JAVIER SANCHEZ-PERFINO,** | ) | |
| Defendant. | ) | |

Upon the joint motion of counsel [Docket No. 164] and for good cause shown,

**IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for January 23, 2009, at 9:00 a.m. be continued to *February 6, 2009, at 9:00 a.m.*

**SO ORDERED.**

DATED: January 22, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge